UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    JAMES P FITMAN  
    KATHLEEN M FITMAN  
    Debtor(s)

Case No. 09-14856

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/24/2009.

2) The plan was confirmed on 06/25/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/29/2011, 03/09/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/03/2012.

5) The case was converted on 04/10/2012.

6) Number of months from filing to last payment: 34.

7) Number of months case was pending: 36.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $41,600.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $12,118.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$12,118.00** |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,614.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $622.74 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,236.74** |

Attorney fees paid and disclosed by debtor:   $886.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVENTIST HEALTH PARTNERS | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST HINSDALE HOSPITAL | Unsecured | 343.72 | NA | NA | 0.00 | 0.00 |
| ADVENTIST MIDWEST HEALTH | Unsecured | 8,023.07 | NA | NA | 0.00 | 0.00 |
| AIS SERVICES | Unsecured | 1,202.00 | NA | NA | 0.00 | 0.00 |
| AMERIQUEST | Unsecured | 2,680.65 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES | Unsecured | 3,022.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 3,295.60 | 4,017.54 | 4,017.54 | 341.11 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 5,551.63 | NA | NA | 0.00 | 0.00 |
| BAY AREA CREDIT SRV | Unsecured | 133.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 4,141.00 | 4,141.76 | 4,141.76 | 351.66 | 0.00 |
| BECKET & LEE LLP | Unsecured | 2,649.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 2,014.21 | NA | NA | 0.00 | 0.00 |
| BONET & DOYLE DPM | Unsecured | 64.60 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 3,477.16 | 6,653.96 | 6,653.96 | 564.94 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 2,256.57 | 4,157.28 | 4,157.28 | 352.97 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 2,239.84 | 4,312.07 | 4,312.07 | 366.12 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 405.00 | 1,057.72 | 1,057.72 | 89.82 | 0.00 |
| CAPSTONE FINANCIAL LLC | Unsecured | 3,726.92 | 4,910.22 | 4,910.22 | 416.90 | 0.00 |
| CARDIAC SURGERY ASSOC | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| CARDIOVASCULAR ASSOCIATES | Unsecured | 18.80 | NA | NA | 0.00 | 0.00 |
| CPMG MA | Unsecured | 345.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 587.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 2,209.98 | 2,900.62 | 2,900.62 | 246.28 | 0.00 |
| DISCOVER BANK | Unsecured | 1,721.42 | 349.65 | 349.65 | 29.69 | 0.00 |
| DUPAGE PATHOLOGY ASSOC | Unsecured | 168.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE PATHOLOGY ASSOC | Unsecured | 131.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY HEALTHCARE PHYS | Unsecured | 764.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY HEALTHCARE PHYSICI | Unsecured | 88.80 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | 1,870.97 | NA | NA | 0.00 | 0.00 |
| FULLERTON KIMBALL MEDICAL GRO | Unsecured | 26,644.47 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| GOODYEAR | Unsecured | 29.00 | NA | NA | 0.00 | 0.00 |
| HARLEY DAVIDSON CREDIT | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HINSDALE ORTHOPAEDIC ASSOC | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| HOME DEPOT | Unsecured | 283.43 | NA | NA | 0.00 | 0.00 |
| HYUNDAI MOTOR FINANCE CO | Unsecured | 14,084.91 | 15,292.97 | 15,292.97 | 1,298.47 | 0.00 |
| HYUNDAI MOTOR FINANCE CO | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 94.00 | 94.60 | 94.60 | 8.03 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 529.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Priority | NA | 1,104.26 | 1,104.26 | 1,104.26 | 0.00 |
| ILLINOIS DEPT REVENUE | Unsecured | NA | 246.70 | 246.70 | 20.95 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 1,128.64 | 1,128.64 | 1,128.64 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 1,916.02 | 2,623.58 | 2,623.58 | 222.76 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 2,680.65 | 3,534.53 | 3,534.53 | 300.10 | 0.00 |
| JP MORGAN CHASE BANK NA | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| KCA FINANCIAL SERVICES | Unsecured | 236.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 1,040.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 803.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| M&M ORTHOPEDICS | Unsecured | 101.00 | NA | NA | 0.00 | 0.00 |
| MEDICREDIT CORPORATION | Unsecured | 304.00 | 304.00 | 304.00 | 25.81 | 0.00 |
| MEIJER | Unsecured | 695.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 1,398.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 1,319.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 276.00 | NA | NA | 0.00 | 0.00 |
| NEUROLOGICAL CARE SPECIALISTS | Unsecured | 48.60 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 81.00 | NA | NA | 0.00 | 0.00 |
| OLIPHANT FINANCIAL CORP | Unsecured | NA | 566.65 | 566.65 | 48.11 | 0.00 |
| PAIN CARE CONSULTANTS | Unsecured | 682.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 7,982.00 | 8,034.72 | 8,034.72 | 682.17 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 471.00 | 503.76 | 503.76 | 42.77 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 7,803.05 | 8,701.65 | 8,701.65 | 738.80 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,157.00 | 773.98 | 773.98 | 65.72 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 2,501.22 | 3,065.97 | 3,065.97 | 260.32 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 428.07 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 1,230.00 | 1,238.81 | 1,238.81 | 105.18 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 977.17 | 820.69 | 820.69 | 69.68 | 0.00 |
| RESURRECTION HEALTHCARE | Unsecured | 598.39 | NA | NA | 0.00 | 0.00 |
| RLT NEUROLOGICAL | Unsecured | 38.60 | NA | NA | 0.00 | 0.00 |
| SACRED HEART HOSPITAL | Unsecured | 11,701.55 | NA | NA | 0.00 | 0.00 |
| SEARS BKRUPTCY RCVRY MGMT SV | Unsecured | 746.01 | NA | NA | 0.00 | 0.00 |
| SUBURBAN RADIOLIGISTS | Unsecured | 859.20 | NA | NA | 0.00 | 0.00 |
| UIC MEDICAL CENTER | Unsecured | 47.40 | NA | NA | 0.00 | 0.00 |
| VISION MRI | Unsecured | 150.80 | NA | NA | 0.00 | 0.00 |
| WOMENS HEALTH CARE OF HINSDA | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,232.90 | $2,232.90 | $0.00 |
| **TOTAL PRIORITY**: | **$2,232.90** | **$2,232.90** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$78,303.43** | **$6,648.36** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,236.74 |
| Disbursements to Creditors | $8,881.26 |
| **TOTAL DISBURSEMENTS** : | **$12,118.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 04/25/2012         By: /s/ Glenn Stearns
                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**